IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

JOE W. AND DOROTHY DORSETT
BROWN FOUNDATION and
CHAMBERS MEDICAL FOUNDATION

CIVIL NO.: A-11-CA-807-SS

VERSUS

FRAZIER HEALTHCARE V, L.P.; and
FRAZIER HEALTHCARE III, L.P.; and
FRAZIER AFFILIATES III, L.P.; and
TREVOR MOODY; and ALAN FRAZIER;
and STEVEN TALLMAN; and GUY MAYER;
and NATHAN EVERY; and JEFFREY NUGENT

### JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION
### PURSUANT TO LOCAL RULE CV-88

Pursuant to Local Rule CV-88 for the United States District Court of the Western District of Texas, Plaintiffs, Joe W. and Dorothy Dorsett Brown Foundation and Chambers Medical Foundation (Plaintiffs), and Defendants, Frazier Healthcare V, L.P., Frazier Healthcare III, L.P., Frazier Affiliates III, L.P. ("the Entity Defendants"), Trevor Moody, Alan Frazier, Steven Tallman, Guy Mayer, Nathan Every, and Jeffrey Nugent (the "Individual Defendants") (collectively "Defendants") jointly submit the following report:

A.   Pursuant to this Court's scheduling order, Plaintiffs have submitted a settlement offer to Defendants, which was rejected. Defendants countered with a settlement offer to Plaintiffs, which was likewise rejected by expiration. It is unknown at this time if further negotiations will occur.

B.   The parties responsible for settlement negotiations for the Plaintiffs are Michael Reese Davis, attorney for Plaintiffs and Edwin K. Hunter, representative of the Brown Foundation. The party responsible for settlement negotiations for the Individual

Defendants is Clay Basser-Wall, attorney for the Individual Defendants. The parties responsible for settlement negotiations for the Entity Defendants are Nicholas Even, attorney for the Entity Defendants, and Tom Hodge, representative of the Entity Defendants.

C. Plaintiffs believe alternative dispute resolution ("ADR") is appropriate in this case and would suggest mediation as the preferred choice. The Individual Defendants and the Entity Defendants do not believe ADR would be productive at this time.

D. The undersigned counsels hereby certify that their clients have been informed of the ADR procedures available in this district.

Jointly submitted this 1st day of May, 2012,

HYMEL DAVIS & PETERSEN

s/Joseph E. Blackwell
Joseph E. Blackwell, TX Bar #24045504
Michael Reese Davis (*pro hac vice*)
Timothy Hartdegen (*pro hac vice*)
10602 Coursey Boulevard
Baton Rouge, LA 70816
Telephone: 225-298-8118
Fax: 225-298-8119
jblackwell@hymeldavis.com

HOHMANN, TAUBE & SUMMERS, LLP
Robert A. Summers
Texas Bar No. 19506800
Cleveland R. Burke
Texas Bar No. 24064975
100 Congress Ave., 18th Floor
Austin, Texas 78701
Telephone: 512-472-5997
Fax: 512-482-5248
**Counsel for the Brown Foundation and Chambers Medical Foundation**

| | |
|---|---|
| HAYNES AND BOONE, LLP<br><br>By: /s/ Nicholas Even<br>    Nicholas Even<br>    State Bar No. 24014446<br>    2323 Victory Avenue, Ste. 700<br>    Dallas, TX 75219<br>    Telephone: 214-651-5000<br>    Fax: 214-651-5940<br><br>    Leslie C. Thorne<br>    State Bar No. 24046974<br>    600 Congress Ave., Ste. 1300<br>    Austin, TX 78701<br>    Telephone: 512-867-8400<br>    Fax: 512-867-8600<br><br>**COUNSEL FOR DEFENDANTS FRAZIER HEALTHCARE V, L.P., FRAZIER HEALTHCARE III, L.P., and FRAZIER AFFILIATES III, L.P.** | WILSON SONSINI GOODRICH & ROSATI<br><br>By: /s/ Clay Basser-Wall<br>    Clay Basser-Wall<br>    State Bar No.24054189<br>    900 South Capital of Texas Highway<br>    Las Cimas IV, Fifth Floor<br>    Austin, TX 78746<br>    Telephone: 225-338-5400<br>    Fax: 225-338-5499<br><br>    Terry T. Johnson (*pro hac vice*)<br>    Luke Liss (*pro hac vice*)<br>    650 Page Mill Road<br>    Palo Alto, CA 94304<br>    Telephone: (650) 493-9300<br>    Fax: (650) 565-5100<br><br>**COUNSEL FOR DEFENDANTS TREVOR MOODY, ALAN FRAZIER, STEVEN TALLMAN, GUY MAYER, NATHAN EVERY, and JEFFREY NUGENT** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2012, the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                    s/Joseph E. Blackwell<br>
                                                    Joseph E. Blackwell, TX Bar #24045504<br>
                                                    10602 Coursey Boulevard<br>
                                                    Baton Rouge, LA 70816<br>
                                                    Telephone: 225-298-8118<br>
                                                    Fax: 225-298-8119<br>
                                                    jblackwell@hymeldavis.com