**FILED**

AUG 2 7 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOE W. and DOROTHY DORSETT BROWN
FOUNDATION,

Plaintiff,

-vs-                                                    Case No. A-11-CA-807-SS

FRAZIER HEALTHCARE V, L.P.; FRAZIER
HEALTHCARE III, L.P.; FRAZIER
AFFILIATES III, L.P.; TREVOR MOODY;
ALAN FRAZIER; STEVEN TALLMAN; GUY
MAYER; NATHAN EVERY; and JEFFREY
NUGENT,

Defendants.

---

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court dismissed Plaintiffs Chambers Medical

Foundation's, and Joe W. and Dorothy Dorsett Brown Foundation's claims with prejudice, and

therefore the Court enters the following order:

IT IS ORDERED, ADJUDGED, and DECREED that the above-styled and numbered

cause be, and the same is hereby, DISMISSED WITH PREJUDICE, with costs assessed

against Plaintiffs, for which let execution issue.

SIGNED this the ___27___ day of August 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

807 ood jih.frm