IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
AUG 27 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

JOE W. and DOROTHY DORSETT BROWN
FOUNDATION,
    Plaintiff,

-vs-

FRAZIER HEALTHCARE V, L.P.; FRAZIER
HEALTHCARE III, L.P.; FRAZIER
AFFILIATES III, L.P.; TREVOR MOODY;
ALAN FRAZIER; STEVEN TALLMAN; GUY
MAYER; NATHAN EVERY; and JEFFREY
NUGENT,
    Defendants.

Case No. A-11-CA-807-SS

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court dismissed Plaintiffs Chambers Medical Foundation's, and Joe W. and Dorothy Dorsett Brown Foundation's claims with prejudice, and therefore the Court enters the following order:

    IT IS ORDERED, ADJUDGED, and DECREED that the above-styled and numbered cause be, and the same is hereby, DISMISSED WITH PREJUDICE, with costs assessed against Plaintiffs, for which let execution issue.

SIGNED this the 27th day of August 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

807 ood jih.frm