IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

JOE W. AND DOROTHY DORSETT
BROWN FOUNDATION and
CHAMBERS MEDICAL FOUNDATION

CIVIL NO. A-11-CA-807-SS

VERSUS

FRAZIER HEALTHCARE V, L.P.; and
FRAZIER HEALTHCARE III, L.P.; and
FRAZIER AFFILIATES III, L.P.; and
TREVOR MOODY; and ALAN FRAZIER;
and STEVEN TALLMAN; and GUY MAYER;
and NATHAN EVERY; and JEFFREY NUGENT

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Joe W. and Dorothy Dorsett Brown Foundation and Chambers Medical Foundation (collectively "plaintiffs") appeal to the United States Court of Appeals for the Fifth Circuit, from the August 27, 2012 Order (Doc. 75) and Order of Dismissal (Doc. 76) which dismissed plaintiffs' claims with prejudice.

1

Respectfully submitted,

HYMEL DAVIS & PETERSEN

s/Tim P. Hartdegen
Michael Reese Davis (*pro hac vice*)
Timothy P. Hartdegen (*pro hac vice*)
10602 Coursey Boulevard
Baton Rouge, LA  70816
Telephone: 225-298-8118
Fax: 225-298-8119
thartdegen@hymeldavis.com

HOHMANN, TAUBE & SUMMERS, LLP
Robert A. Summers
Texas Bar No. 19506800
Cleveland R. Burke
Texas Bar No. 24064975
100 Congress Ave., 18th Floor
Austin, Texas  78701
Telephone: 512-472-5997
Fax: 512-482-5248

**Counsel for the Brown Foundation and Chambers Medical Foundation**

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2012, the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

s/Tim P. Hartdegen
Timothy P. Hartdegen (*pro hac vice*)
10602 Coursey Boulevard
Baton Rouge, LA  70816
Telephone: 225-298-8118
Fax: 225-298-8119
thartdegen@hymeldavis.com