# UNITED STATES COURT OF APPEALS

United States Court of Appeals
Fifth Circuit

**FILED**

August 12, 2013

# FOR THE FIFTH CIRCUIT

Lyle W. Cayce
Clerk

**FILED**

No. 12-51012

SEP 6 - 2013

D.C. Docket No. 1:11-CV-807SS

CLERK. U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

JOE W. AND DOROTHY DORSETT BROWN FOUNDATION; CHAMBERS MEDICAL FOUNDATION,

     Plaintiffs - Appellants

v.

FRAZIER HEALTHCARE V, L.P.; FRAZIER HEALTHCARE III, L.P.; FRAZIER AFFILIATES III, L.P.; TREVOR MOODY; ALAN FRAZIER; STEVEN TALLMAN; GUY MAYER; NATHAN EVERY; JEFFREY NUGENT,

     Defendants - Appellees

Appeal from the United States District Court for the
Western District of Texas, Austin

Before SMITH, GARZA, and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest ⌐ 4 SEP 2013

ISSUED AS MANDATE: 0 4 SEP 2013

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _Danielle Johnson_
Deputy

New Orleans, Louisiana

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 12, 2013

Lyle W. Cayce
Clerk

No. 12-51012

JOE W. AND DOROTHY DORSETT BROWN FOUNDATION;
CHAMBERS MEDICAL FOUNDATION,

                                        Plaintiffs–Appellants,

versus

FRAZIER HEALTHCARE V, L.P.; FRAZIER HEALTHCARE III, L.P.;
FRAZIER AFFILIATES III, L.P.; TREVOR MOODY; ALAN FRAZIER;
STEVEN TALLMAN; GUY MAYER; NATHAN EVERY;
JEFFERY NUGENT,

                                        Defendants–Appellees.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:11-CV-807

Before SMITH, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-51012

The plaintiffs, who were former shareholders, sued, alleging breach of fiduciary duty and related claims arising from a merger.  The district court dismissed, correctly concluding that the claims were derivative and not direct under Delaware law.  The court explained its ruling in a thorough and impressive twelve-page order entered August 27, 2012.

We have reviewed the briefs, the applicable law, and pertinent portions of the record and have heard the arguments of counsel.  The judgment of dismissal is AFFIRMED, essentially for the reasons carefully set forth by the district court.